26073. RHODES *et al. v.* JONES.

DECIDED MAY 22, 1937.

*Pierce Brothers,* for plaintiffs in error. *W. D. Lanier,* contra.

FELTON, J. Ike Jones sued out an attachment against Heyward Franklin, which was levied on a mule to which F. G. Rhodes and W. T. Rhodes, doing business under the name and style of Augusta Mule and Cattle Yard, filed a claim based on an unrecorded retention-of-title contract dated before the issuance and levy of the attachment. There was no error in the finding of the judge of the municipal court of Augusta, to the effect that the attachment lien was superior to the unrecorded contract. Code, §§ 67-111, 67-2501; *Southern Iron & Equipment Co.* v. *Voyles,* 138 *Ga.* 258 (75 S. E. 248, 41 L. R. A. (N. S.) 375, Ann. Cas. 1913D, 369) ; *Jones Motor Co.* v. *Finch Motor Co.,* 34 *Ga. App.* 399 (129 S. E. 915) ; *Phillips & Crew Co.* v. *Drake,* 13 *Ga. App.*

764 (79 S. E. 952); *Hosch* v. *Smith,* 31 *Ga. App.* 91 (119 S. E. 667); *Evans Motors* v. *Hearn,* 53 *Ga. App.* 703 (186 S. E. 751). *Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*